IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD J. LEES,**

    Plaintiff,

vs.

**Case No. C2-06-984**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Mark R. Abel**

**THERMO ELECTRON CORP.,**
    et al.,

    Defendants.

### ORDER

The parties' Agreed Joint Motion to Continue the Settlement Conference (Doc. #43) is **GRANTED**. The **SETTLEMENT CONFERENCE**, currently scheduled for August 12, 2008, is **RESCHEDULED** to **AUGUST 28, 2008 at 9:30 A.M.**

Defendants' Motion to Excuse Personal Attendance of Individual Defendants at the Settlement Conference, or in the Alternative, to Allow Individual Defendants to Participate by Telephone (Doc. #44) is **GRANTED**. The Individual Defendants shall be available by telephone during the settlement conference.

IT IS SO ORDERED.

    July 29, 2008
DATED

/s/ *Edmund A. Sargus, Jr.*
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE